TIMOTHY S. CORY, ESQ.  
Nevada Bar No. 1972  
JESSICA G. PETERSON, ESQ.  
Nevada Bar No. 11243  
**DURHAM JONES & PINEGAR**  
10785 West Twain Avenue, Suite 200  
Las Vegas, Nevada 89135  
Telephone: (702) 870-6060  
Telephone: (801) 415-3000  
    Attorneys for Trustee

ECF FILED 4/19/2013

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>RONALD JAMES DAY,<br><br>    Debtor. | Bankruptcy Case Number<br><br>09-13408 LBR<br><br>Chapter 7<br><br>Hearing Date: May 23, 2013<br>Hearing Time: 11:00 a.m.<br>Est. Length of Hearing: 5 minutes |
|---|---|

## TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF JUDGMENT SUBJECT TO HIGHER AND BETTER OFFERS

Timothy S. Cory, trustee of the estate of the above-named debtor ("Trustee"), by and through his counsel, hereby moves this Court for an order permitting the Trustee to sell the Judgment against Wright House Investments, Inc. ("Judgment") to John Ross Enterprises, LLC, c/o Christopher Olson-Wolfe, President, 405 Foster Springs Road, Las Vegas, NV 89148. A copy of the Judgment is attached hereto as **Exhibit A.** The Judgment is to be sold free and clear of any interests or liens and with the understanding that no guarantees or indemnification will be given by the Trustee. The face value of the Judgment is 339,804.43 but the current value of the Judgment is $37,108.34, because the Trustee has been able to execute on assets of Wright House Investments, Inc., such that the Judgment has been reduced accordingly. See an accounting of the Judgment, attached as **Exhibit B.** This Motion is supported by the attached memorandum of points and authorities.

SLC_1371299.1

1

Wherefore, the Trustee respectfully requests that this Court grant an order authorizing the Trustee to sell the Judgment.

Dated this 19 of April 2013.

*Jessica G. Peterson*
Jessica G. Peterson
Durham Jones & Pinegar
Attorneys for Trustee

## MEMORANDUM IN SUPPORT

1. Ronald James Day (the "Debtor") filed a voluntary petition in bankruptcy on March 12, 2009.

2. On August 3, 2009, the Trustee filed a Complaint against Wright House Investments, Inc. ("Wright House"), adversary proceeding number 09-01212. The Trustee sought to avoid and recover unauthorized transfers under either a preference or fraudulent transfer theory. The Trustee obtained the Judgment which was entered on October 23, 2009. *See* Exhibit A.

3. After obtaining the Judgment, the Trustee proceeded to collect on the Judgment by conducting further discovery of Wright House, and selling a number of assets of the Debtor.

4. As of the filing date, the balance remaining on the Judgment is $37,108.34. *See* Exhibit B.

## THE SALE

5. The Trustee has conducted extensive discovery of Wright House, and has sued multiple parties to recover the assets that the Debtor transferred to Wright House. *See generally* Bankruptcy Docket for 09-01212, *Cory v. Wright House Investments, Inc.* The Trustee has conducted 2004 examinations of all of the parties involved in Wright House. *See generally* Bankruptcy Docket for 09-13408-lbr. The Trustee has recovered all of the assets of which the Trustee is aware related to

SLC_1371299.1                                    2

the Judgment. The Trustee has successfully reduced the Judgment from $339,804.43 to $37,108.34. *See* Exhibits A and B.

6. The Trustee therefore requests that a sale of the Judgment be held. The Trustee has found an interested buyer, John Ross Enterprises, LLC, c/o Christopher Olson-Wolfe, President, 405 Foster Springs Road, Las Vegas, NV 89148.

7. John Ross Enterprises, LLC, has offered $2,000 to purchase the Judgment. The Trustee believes that this amount is fair and in the best interests of the bankruptcy estate.

**SALE PROCEDURES**

8. The sale contemplated by this Motion is an arms-length transaction which has been negotiated by the parties in good faith.

9. This offer of $2,000.00 is subject to higher and better offers until the hearing on this Motion.

**EFFECT OF JUDGMENT PURCHASE**

10. The successful party who purchases the Judgment will obtain all rights under federal and state laws to collect the Judgment up to the remaining value of the Judgment of $37,108.34

**NOTICE OF SALE**

11. Notice of this sale is being given to all creditors and parties in interest as set forth on the matrix in this case.

12. If other creditors or parties in interest desire to purchase the Judgment, they should contact Trustee's counsel, Jessica G. Peterson, at Durham Jones & Pinegar, at the address listed at the beginning of this Motion.

## CONCLUSION

Wherefore, the Trustee respectfully requests that this Court enter an order authorizing the Trustee to sell the Judgment to John Ross Enterprises, LLC, for $2,000.

Dated this 19 of April, 2013.

*Jessica G. Peterson*
Jessica G. Peterson
Durham Jones & Pinegar
Attorneys for Trustee

SLC_1371299.1

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF JUDGMENT SUBJECT TO HIGHER AND BETTER OFFERS** was served this ___19th___ day of April, 2013, via regular U.S. mail, postage prepaid upon all parties appearing on the attached matrix and to the following:

United States Bankruptcy Court
Judge Riegle's Courtesy Copy
300 Las Vegas Blvd. South
Las Vegas, NV 89101

John Ross Enterprises, LLC
Christopher Olson-Wolfe, President
405 Foster Springs Road
Las Vegas, NV 89148

_____
Employee of Durham, Jones & Pinegar

SLC_1371299.1

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 09-13408-lbr<br>District of Nevada<br>Las Vegas<br>Fri Apr 19 12:24:17 PDT 2013 | BANK OF NEVADA<br>2700 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89102-1712 | CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE 19808-1646 |
| DURHAM, JONES & PINEGAR<br>10785 West Twain Avenue, Suite 200<br>Las Vegas, NV 89135-3028 | THE VANMEETREN FAMILY LIMITED PARTNERSHIP<br>5685 South Cameron<br>Las Vegas, NV 89118-2204 | THE VANMEETREN FAMILY LIMITED PARTNERSHIP<br>DOBBERSTEIN & ASSOCIATES<br>C/O ERIC DOBBERSTEIN<br>1339 GALLERIA DRIVE<br>SUITE 201<br>HENDERSON, NV 89014 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | AMERICAN ARBITRATION ASSOCIATION<br>1633 BROADWAY, 10TH FLOOR<br>NEW YORK, NY 10019-6772 | APACHE HILLS HOMEOWNERS ASSN<br>PO BOX 97512<br>LAS VEGAS NV 89193-7512 |
| Amber Hills Hoa Ii, Llc<br>2310 Paseo Del Prado<br>A-106<br>Las Vegas NV 89102-4329 | Aspen Financial, Llc<br>7900 W. Flamingo Road<br>Suite 200<br>Las Vegas NV 89147 | Aspen Financial, Llc<br>7900 W. Sahara Avenue<br>Suite 200<br>Las Vegas NV 89117-7921 |
| Bank Of Nevada<br>2700 W. Sahara Avenue<br>Las Vegas NV 89102-1712 | CHARLES L. RUTHE,<br>TRUSTEE OF THE CHARLES L. RUTHE TRUST<br>7219 W. SAHARA AVE., STE. 105<br>LAS VEGAS, NV 89117-2852 | Centennial Lamb Second Irrev. Business Trust<br>c/o Aspen Financial Services<br>7900 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117-7921 |
| Centennial Lamb Second Irrevocable Business<br>c/o Aspen Financial Services<br>7900 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117-7921 | City National Bank<br>400 N. Roxbury Drive<br>Beverly Hills CA 90210-5000 | Complete Contractor<br>Services<br>3140 S. Rainbow Blvd.<br>Suite 401<br>Las Vegas NV 89146-6234 |
| Dynamic Recovery Services<br>4101 Mcewen Drive<br>Suite 150<br>Farmers Branch TX 75244-5109 | FRANK E. GRANIERI, TRUSTEE OF THE FRANK E.<br>GRANIERI REVOCABLE LIVING TRUST<br>7219 W SAHARA AVE., STE. 105<br>LAS VEGAS, NV 89117-2852 | Horizon Hills Hoa Annett,<br>Llc2<br>1830 E. Sahara Avenue<br>Las Vegas NV 89104-3737 |
| Horizon Hills Hoa-annett<br>Llc1<br>1830 E. Sahara Avenue<br>Las Vegas NV 89104-3737 | Icw Group Insurance<br>Services<br>11455 El Camino Real<br>San Diego CA 92130-2045 | Leonard Mardian<br>9510 W. Sahara Avenue<br>Las Vegas NV 89117-8813 |
| Milano Residences, Llc<br>9510 W. Sahara Avenue<br>Las Vegas NV 89117-8813 | Omega Development Second Irrevocable Busines<br>c/o Aspen Financial Services<br>7900 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117-7921 | Pago Pago, Inc<br>8346 Mr. Nido Drive<br>Las Vegas NV 89147 |
| Pengilly Robins Slater<br>10080 W. Alta Drive<br>Suite 140<br>Las Vegas NV 89145 | Peri Formwork Systems, Inc<br>7135 Dorsey Run Road<br>Elkridge MD 21075-6884 | RICHARD F. ACOVINO IRREVOCABLE TRUST<br>DATED APRIL 11, 1997<br>7219 W. SAHARA AVE., STE. 105<br>LAS VEGAS, NV 89117-2852 |

| | | |
|---|---|---|
| Silver State Bank<br>Po Box 990<br>Las Vegas NV 89125-0990 | Square i, Inc<br>3800 Howard Hughes Pkwy<br>16th Floor<br>Las Vegas NV 89169-5910 | Susan Mardian<br>9510 W. Sahara Avenue<br>Las Vegas NV 89117-8813 |
| THE ROGERS-BARNETT FAMILY TRUST, DTD 11/28/0<br>P.O. BOX 577<br>WASHINGTON, UT 84780-0577 | The VanMeetren Family Limited Partnership<br>c/o Dobberstein & Associates<br>8965 S. Eastern Avenue, Suite 280<br>Las Vegas, NV 89123-4898 | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| Van Meetren Family Ltd.<br>Partne<br>2 Anthem Pointe<br>Henderson NV 89052-6605 | Vincent Panetta<br>75 Rotella Drive<br>Las Vegas NV 89147 | WAYNE A. GUINN<br>TRUSTEE OF THE WAYNE A. GUINN TRUST<br>DTD 3/24/93<br>150 E WASHINGTON AVE.<br>TULARE, CA 93274-1478 |
| WAYNE A. GUINN<br>TRUSTEE OF THE WAYNE A. GWINN TRUST,<br>DTD 3/24/93<br>150 E WASHINGTON AVENUE<br>TULARE, CA 93274-1478 | DUANE H. GILLMAN<br>Durham Jones & Pinegar<br>111 East Broadway, Suite 900<br>PO Box 1050<br>Salt Lake City, UT 84111-5235 | RONALD JAMES DAY<br>9360 W. FLAMINGO RD 110-357<br>LAS VEGAS, NV 89147-6410 |
| TIMOTHY S CORY<br>10785 W Twain<br>Suite 200<br>LAS VEGAS, NV 89135-3028 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JAMES L. DUNN & DUNN PROPERTIES, LTD. | (d)Centennial Lamb Second Irrev. Business Tru<br>c/o Aspen Financial Services<br>7900 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117-7921 | (u)JAMES L. DUNN<br>DUNN PROPERTIES, LTD. |
| (u)STAN PACK | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     4<br>Total                  46 | |

# EXHIBIT A

Entered on Docket
October 23, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

1
2
3
4
5
6  TIMOTHY S. CORY, ESQ.
   Nevada Bar No. 1972
7  MICHAEL F. THOMSON, ESQ.
   Nevada Bar No. 7541
8  JESSICA G. PETERSON, ESQ.
   Nevada Bar No. 11243
9  **DURHAM JONES & PINEGAR**
   8831 W. Sahara Avenue
10 Las Vegas, NV 89117
   Telephone No. (702) 388-1996
11 Attorneys for Plaintiff/Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. |
| RONALD JAMES DAY | BK-S-09-13408-LBR |
| Debtor. | Chapter 7 |
| TIMOTHY S. CORY, Chapter 7 Trustee for the estate of Ronald James Day, | Adversary Proceeding No. |
| Plaintiff, | 09-1212 |
| v. | |
| WRIGHT HOUSE INVESTMENTS, INC., a Nevada corporation, | HEARING DATE: October 21, 2009 |
| | HEARING TIME: 1:30 p.m. |
| Defendant. | |

### DEFAULT JUDGMENT

SLC_452015.1

1

The Application for Entry of Default Judgment ("Application") came on for hearing before this Court on October 21, 2009, at 1:30 p.m., the Honorable Linda B. Riegle, United States Bankruptcy Judge, presiding. Appearances were noted on the record. The Court, having reviewed the Application and related pleadings, and having heard the statements of counsel at the hearing, entered its findings of fact and conclusions of law on the record. Based on such findings and conclusions, which are incorporated herein by reference, it is hereby

ORDERED that a Default Judgment is hereby entered against the Defendant, Wright House Investments, Inc. ("Defendant"), and in favor of the Plaintiff, Timothy S. Cory, trustee of the Chapter 7 bankruptcy estate of Ronald James Day ("Trustee"), as follows:

1.    The Four (4) quitclaim deeds dated March 4, 2009 and recorded March 9, 2009, conveying four (4) separate condominiums and real property belonging to Debtor to the Defendant, and the transfers of $339,804.43 in cashiers checks from the Debtor which were deposited by the Defendant in two separate transactions on February 26, 2009 and March 11, 2009 (collectively, the "Transfers"), are hereby avoided pursuant to 11 U.S.C. § 547 and/or 11 U.S.C. § 548;

2.    Judgment is hereby entered against the Defendant, and in favor of the Trustee, in the amount of $339,804.43, and said judgment amount shall bear interest at the legal judgment rate until satisfied; and

3.    Judgment is hereby entered in favor of the Trustee, adjudging that the Trustee is the owner of the following property:

    a.    The real property situated in the County of Clark, State of Nevada, more particularly described as follows: AMBER HILLS 2-B, PLAT BOOK 114 PAGE 41, UNIT 270 BLDG 18 (APN: 163-30-519-142);

SLC_452015.1

2

  b. The real property situated in the County of Clark, State of Nevada, more particularly described as follows: AMBER HILLS 2-B, PLAT BOOK 114 PAGE 41, UNIT 173 BLDG 19 (APN: 163-30-519-145);

  c. The real property situated in the County of Clark, State of Nevada, more particularly described as follows: APACHE HILLS, PLAT BOOK 112 PAGE 17, UNIT 108 BLDG 2 (APN: 176-05-219-012); and

  d. The real property situated in the County of Clark, State of Nevada, more particularly described as follows: APACHE HILLS, PLAT BOOK 112 PAGE 17, UNIT 139 BLDG 10 (APN: 176-05-219-075).

Respectfully submitted by:

*/s/ Michael F. Thomson*

Michael F. Thomson
DURHAM JONES & PINEGAR
Attorneys for Plaintiff/Trustee

SLC_452015.1

3

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Timothy S. Cory, Trustee – Approved

Michael F. Thomson
Durham Jones & Pinegar
Attorneys for Plaintiff/Trustee

###

SLC_452015.1

4

# EXHIBIT B

|  |  |  | PRINCIPAL AMOUNT: | $339,804.43 |
|---|---|---|---|---|
|  |  |  | PMTS MONTHLY AMT: |  |
|  |  |  | INT RATE SIMPLE: | 0.36% |
|  |  |  | Daily Int Rate: | 3.350000 |

| MONTH/YR | NUMBER DAYS | INTEREST | ACCUMULATED BALANCE |
|---|---|---|---|
| 10/23/09 |  |  | $339,804.43 |
| Oct-09 | 8 | 26.80 | $339,831.23 |
| Nov-09 | 30 | 100.50 | $339,931.73 |
| Dec-09 | 31 | 103.85 | $340,035.58 |
| Jan-10 | 31 | 103.85 | $340,139.43 |
| Feb-10 | 28 | 93.80 | $340,233.23 |
| Mar-10 | 31 | 103.85 | $340,337.08 |
| Apr-10 | 30 | 100.50 | $340,437.58 |
| May-10 | 31 | 103.85 | $340,541.43 |
| Jun-10 | 30 | 100.50 | $340,641.93 |
| Jul-10 | 31 | 103.85 | $340,745.78 |
| Aug-10 | 31 | 103.85 | $340,849.63 |
| Sep-10 | 30 | 100.50 | $340,950.13 |
| Oct-10 | 31 | 103.85 | $341,053.98 |
| Nov-10 | 30 | 100.50 | $341,154.48 |
| Dec-10 | 31 | 103.85 | $341,258.33 |
| Jan-11 | 31 | 103.85 | $341,362.18 |
| Feb-11 | 28 | 93.80 | $341,455.98 |
| Mar-11 | 31 | 103.85 | $341,559.83 |
| Apr-11 | 30 | 100.50 | $341,660.33 |
| May-11 | 31 | 103.85 | $341,764.18 |
| Jun-11 | 30 | 100.50 | $341,864.68 |
| Jul-11 | 31 | 103.85 | $341,968.53 |
| Aug-11 | 31 | 103.85 | $342,072.38 |
| Sep-11 | 30 | 100.50 | $342,172.88 |
| Oct-11 | 31 | 103.85 | $342,276.73 |
| Nov-11 | 30 | 100.50 | $342,377.23 |
| Dec-11 | 31 | 103.85 | $342,481.08 |
| Jan-12 | 31 | 103.85 | $342,584.93 |
| Feb-12 | 29 | 97.15 | $342,682.08 |
| Mar-12 | 31 | 103.85 | $342,785.93 |
| Apr-12 | 30 | 100.50 | $342,886.43 |
| May-12 | 31 | 103.85 | $342,990.28 |
| Jun-12 | 30 | 100.50 | $343,090.78 |
| Jul-12 | 31 | 103.85 | $343,194.63 |
| Aug-12 | 31 | 103.85 | $343,298.48 |
| Sep-12 | 30 | 100.50 | $343,398.98 |
| Oct-12 | 31 | 103.85 | $343,502.83 |
| Nov-12 | 30 | 100.50 | $343,603.33 |
| Dec-12 | 31 | 103.85 | $343,707.18 |
| Jan-13 | 31 | 103.85 | $343,811.03 |
| Feb-13 | 28 | 93.80 | $343,904.83 |
| Mar-13 | 31 | 103.85 | $344,008.68 |
| Apr-13 | 30 | 100.50 | $344,109.18 |
| May-13 | 31 | 103.85 | $344,213.03 |
|  |  | $4,408.60 | $344,213.03 |

|  |  |  |
|---|---|---|
| Less Bank Funds Received | 1/7/2010 | 42,873.62 |
| Less Funds Received | 3/25/2010 | 5,675.56 |
| Less Cactus/Welch Adv. Stlmt. | 7/8/2010 | 15,000.00 |
| Less Sale of Property | 10/18/2010 | 150,008.54 |
| Less Bkrtcy 300 Adv. Garnishment | 1/24/2011 | 96.47 |
| Less Braziel Adv. Stlmt. | 4/19/2011 | 35,000.00 |
| Less Cactus/Schwartz Adv. Stlmt. | 12/5/2011 | 30,000.00 |
| Less Sale of Property | 6/13/2012 | 28,450.50 |
|  | Total Receipts | 307,104.69 |
|  |  |  |
| Total Judgment due: |  | $37,108.34 |